IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:19-CV-455-D

| | |
|---|---|
| LAUREN DAVIS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFE STREETS USA LLC and ALWAYS PROTECTED SECURITY, LLC<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' JOINT MOTION TO STAY DISCOVERY** |

This matter is before the Court on the motion of Defendants Always Protected Security, LLC and Safe Streets USA LLC for an Order staying all discovery, deadlines, obligations under Rule 26(f) of the Federal Rules of Civil Procedure, and other obligations of the parties in this matter.

For good cause shown and without Plaintiff's opposition, the motion is GRANTED and it is HEREBY ORDERED that discovery in this case is stayed pending a ruling on Defendant Always Protected Security, LLC's Motion to Dismiss. (DE-19).

SO ORDERED. This the **25** day of January, 2020.

JAMES C. DEVER III
United States District Judge