IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-455-D

| | | |
|---|---|---|
| LAUREN DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAFE STREETS USA LLC, | ) | |
| and ADT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in defendants' joint motion to stay and in their reply memorandum, the court GRANTS defendants' joint motion to stay pending the Supreme Court's decision in Facebook, Inc. v. Duguid. See [D.E. 64].

SO ORDERED. This 28 day of December 2020.

JAMES C. DEVER III
United States District Judge